1030

[No. 59511-3-I.   Division One.   May 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE GARCIA OPENIANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-02975-1, LeRoy McCullough, J., entered January 17, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59554-7-I.   Division One.   May 12, 2008.]

MARK J. POWELL, *Respondent*, v. UNITED PARCEL SERVICE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-05668-0, Gerald L. Knight, J., entered February 27, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.

[No. 59647-1-I.   Division One.   May 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN D. BREWER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08311-0, Douglass A. North, J., entered February 9, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 59743-4-I.   Division One.   May 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. D.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-04558-2, Ronald Kessler, J., entered March 23, 2007. *Affirmed* by unpublished per curiam opinion.